**Dismissed and Memorandum Opinion filed March 27, 2014.**



In The

# Fourteenth Court of Appeals

---

### NO. 14-14-00184-CR

---

### JOURDAN FLOWERS JUNIOR, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 230th District Court
Harris County, Texas
Trial Court Cause No. 1338206**

## M E M O R A N D U M    O P I N I O N

Appellant entered a guilty plea to delivery of between one and four grams of cocaine. In accordance with the terms of a plea bargain agreement with the State, the trial court sentenced appellant on January 14, 2014, to confinement for five years in the Institutional Division of the Texas Department of Criminal Justice. Appellant filed a pro se notice of appeal. We dismiss the appeal.

The trial court entered a certification of the defendant's right to appeal in which the court certified that this is a plea bargain case, and the defendant has no

right of appeal. *See* Tex. R. App. P. 25.2(a)(2). The trial court's certification is included in the record on appeal. *See* Tex. R. App. P. 25.2(d). The record supports the trial court's certification. *See Dears v. State*, 154 S.W.3d 610, 615 (Tex. Crim. App. 2005).

     Accordingly, we dismiss the appeal.


PER CURIAM


Panel consists of Justices Boyce, Christopher, and Brown.
Do Not Publish —Tex. R. App. P. 47.2(b).